UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DORMAN and DOUGLAS HULME, <br><br> Plaintiffs, <br><br> v. <br><br> JACK DAUGHERTY and WILLIAM MUDGE, <br><br> Defendants. | Case No. 3: 21-cv-1395-JPG |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to plaintiffs' failure to prosecute this case pursuant to Rule 41(b), and for failure to adhere to the Federal Rules of Civil Procedure, Plaintiffs Robert Dorman and Douglas Hulme's Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 15, 2022        MONICA A. STUMP, Clerk of Court
                              s/Tina Gray, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**